**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00088-CV

## IN RE THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-1368-3**

## ORDER

We **GRANT** the January 31, 2014 motion of Kim Dickman, Deputy Official Court Reporter of Probate Court No. 3 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **FEBRUARY 25, 2014**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE